# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered June 15, 2011:*

MICHIGAN PROPERTIES, LLC v MERIDIAN TOWNSHIP, Docket Nos. 289174,
289175, and 289176. Reported at 292 Mich App 147. The Court orders
that the motion for clarification of the April 5, 2011, opinion is hereby
granted. The last paragraph of the opinion is amended to state: "Re-
versed and remanded to the Michigan Tax Tribunal for entry of judg-
ments consistent with this opinion. We do not retain jurisdiction."

The Reporter's Office shall make the change to the opinion during the
publishing process.

In all other respects, the opinion remains unchanged.

*Order Entered September 15, 2011:*

FLORENCE CEMENT COMPANY v VETTRAINO, Docket No. 295090. Reported
at 292 Mich 461. The Court orders that the May 3, 2011, opinion is
hereby amended. The opinion contained the following clerical errors:

The defendant's last name was misspelled. The correct spelling is
"Vettraino."

On page 3, the slip opinion states, "It is undisputed that Comerica
provided the remaining $142,000 requested, and that this amount, but
only this amount, was paid to Florence, leaving a shortfall of
$142,557.27." The shortfall amount should correctly be $114,557.27.

In all other respects, the May 3, 2011, opinion remains unchanged.